UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIE A. MECKFESSEL-POLETTI,

          Plaintiff,

    v.

WORKDAY, INC.,

          Defendant.

Case No.  2:25-cv-01315-DJC-CSK PS

ORDER

(ECF No. 5.)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On December 29, 2025, the Magistrate Judge filed findings and recommendations (ECF No. 5), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On January 12, 2026, Plaintiff filed objections to the findings and recommendations (ECF No. 6), including that she was engaging in protected activities under Title VII. The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.   The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and

1

recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 5) are ADOPTED IN FULL;

2.    Plaintiff's First Amended Complaint (ECF No. 4) is DISMISSED without leave to amend; and

3.    The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    **February 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/meck25cv1315.JO.obj

2